## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 347 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| ADAM BUTLER, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 348 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| ADAM BUTLER, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.